UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2017-1686

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on June 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Garrett Lane
Gitana Y. Hines

Case No.: 18-24495-VFP

Hearing Date: 06/20/2019

Judge: Honorable Vincent F. Papalia

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: June 28, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor: Garrett Lane and Gitana Y. Hines
Case No.: 18-24495-VFP
Caption of Order:     ORDER CURING ARREARS AND PROVIDING
FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC, debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall make June's post-petition mortgage payment on or before June 28, 2019.

2. Debtor(s) shall resume regular monthly mortgage payments starting on July 1, 2019.

3. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

4. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.